**J. COOPER & ASSOCIATES, INC.,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5143.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 5, 2003.

Before CLEVENGER, BRYSON, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Clyde V. FISH, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 02–3206.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 6, 2003.

Rehearing and Rehearing En Banc
Denied July 29, 2003.

Before MAYER, Chief Judge,
NEWMAN and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Albert E. BIVINGS, Petitioner,**

v.

**DEPARTMENT OF THE
ARMY, Respondent.**

No. 02–3353.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 6, 2003.

Before LOURIE, RADER, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.